IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARIETTA DRAPERY & WINDOW COVERINGS CO., INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. **07-353-WDS** ) |
| **NORTH RIVER INSURANCE CO., and UNITED STATES FIRE INSURANCE COMPANY,** | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, counsel's Motion for Withdrawal of Attorney **(Doc. 23)** is **GRANTED**.

Jay W. Pakchar is granted leave to withdraw as attorneys for defendants.

Jennifer L. Smith, Michael R. Gregg, and Thomas D. Donofrio remain as counsel of record for defendants.

**IT IS SO ORDERED.**

**DATE:  May 23, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**